**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeromy Bernard DEAN, Defendant–**
**Appellant.**

**No. 12–6719.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Jeromy Bernard Deane, Appellant Pro Se. Jessica Aber Brumberg, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeromy Bernard Deane appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion and denying his motion to hold its decision in abeyance pending the Supreme Court's decision in *Hill v. United States*, No. 11–5721, and *Dorsey v. United States*, No. 11–5683. We have reviewed the record and find no abuse of discretion by the district court with respect to its denial of either motion. *See Rhines v. Weber*, 544 U.S. 269, 276, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005); *United States v. Munn*, 595 F.3d 183, 186 (4th Cir.2010). *See also U.S. Sentencing Guidelines Manual* ("USSG") § 1B1.10(b)(2); USSG App. C, Amend. 759 (2011); *United States v. Stewart*, 595 F.3d 197, 201–03 (4th Cir.2010). Accordingly, we affirm for the reasons stated by the district court. *United States v. Deane*, No. 3:10–cr–00120–JRS–1 (E.D.Va. Apr. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*